UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 26-CR-

v.

[18 U.S.C. §§ 2(a) & 371]

LUKAS HENNINGSEN,

Defendant.

## INFORMATION

**THE UNITED STATES OF AMERICA CHARGES THAT:**

### BACKGROUND ALLEGATIONS

1.      At all times relevant to this information:

    a.  Defendant LUKAS HENNINGSEN ("HENNINGSEN") was a resident of Mukwonago, Wisconsin.

    b.  Telegram was a cloud-based, cross-platform messaging application that featured enhanced privacy and encryption features. According to Telegram's website, it can host groups of up to 200,000 members, and messages exchanged on the app "are heavily encrypted and can self-destruct." Telegram also lets users sync their account to multiple devices and has "no limits on the size of" users' media and chats. Telegram can be used on Apple and Android devices, as well as tablets

1

and laptop computers.  Telegram also has a "Secret Chat" feature that uses end-to-end encryption.

## COUNT ONE
(Conspiracy to Violate the Laws of the United States, 18 U.S.C. § 371)

**THE UNITED STATES OF AMERICA FURTHER CHARGES THAT:**

2.      The allegations set forth above in Paragraph One are hereby incorporated in support of the following charge as if set forth in full here.

## THE CONSPIRACY AND ITS OBJECTS

3.      Beginning by at least July 2025 and continuing until in or about November 2025, in the State and Eastern District of Wisconsin and elsewhere,

## LUKAS HENNINGSEN

knowingly and willfully conspired with others, known and unknown to the United States of America, to commit offenses against the United States of America, namely, to knowingly sell, market, advertise, exchange, and distribute animal crush videos, in and using a means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2(a) and 48(a)(3).

## ACTS IN FURTHERANCE OF THE CONSPIRACY

4.      To further the conspiracy and to effect the objects thereof, the defendant and other persons, both known and unknown to the United States of America, performed and caused the performance of the following overt acts in the Eastern District of Wisconsin and elsewhere:

2

a. in or about August 2025, HENNINGSEN requested, via the Telegram messaging application on his personal cellular phone, an obscene animal crush video; and,

b. in or about August 2025, HENNINGSEN received, via the Telegram messaging application on his personal cellular phone, an obscene animal crush video.

All in violation of Title 18, United States Code, Sections 371 and 2(a).

_6/10/26_
Date

_ᐧ_
KEVIN C. KNIGHT
Assistant United States Attorney

3